# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JENNIFER CONROY,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| vs. | : | NO.   20-cv-3837 |
| | : | |
| **KILOLO KIJAKAZI,**[1] | : | |
| **Commissioner of Social Security,** | : | |
| Defendant. | : | |

## ORDER

AND NOW, this   21ST   day of March, 2022, upon consideration of Plaintiff's Motion for Summary Judgment (ECF No. 16), and Defendant's Response thereto (ECF No. 17), IT IS ORDERED that:

1. Plaintiff's Motion for Summary Judgment is DENIED; and

2. Judgment is entered in favor of the Defendant.

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi has been substituted for Andrew Saul as the Defendant in this case.